# RECORD IMPOUNDED

**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. <u>R.</u> 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0181-24

JANE DOE, C.D., c/o
LAFFEY BUCCI & KENT, LLP,

    Plaintiff-Appellant,

v.

MASSAGE ENVY FRANCHISING,
LLC, and SUMMERWIND
MASSAGE, LLC,  d/b/a
MASSAGE ENVY CLOSTER,

    Defendants-Respondents.

_____

MASSAGE ENVY FRANCHISING,
LLC,

    Third-Party Plaintiff-
    Respondent,

v.

MICHAEL EGAN,

    Third-Party Defendant.

_____

Submitted February 3, 2026 – Decided February 17, 2026

Before Judges Gooden Brown and Rose.

On appeal from the Superior Court of New Jersey, Law Division, Bergen County, Docket No. L-0440-20.

Brian D. Kent (Laffey Bucci D'Andrea Reich & Ryan, LLP) and M. Stewart Ryan (Laffey Bucci D'Andrea Reich & Ryan, LLP), attorneys for appellant.

Greenbaum, Rowe, Smith & Davis, LLP, attorneys for respondents (Darren C. Barreiro, Kersten Kortbawi, of counsel and on the brief).

PER CURIAM

The parties to the appeal have settled the issues between them. In accordance with the stipulation they have filed, the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

M.C. Hawley

Clerk of the Appellate Division

A-0181-24